UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

ROBERT JOHNSON,

          Plaintiff,          ORDER TO SHOW CAUSE
                                            23-CV-06441-EAW-MJP

    v.

TOWN OF GREECE, et al.,

          Defendants.

───────────────────────────────

    **WHEREAS**, I issued the following text order on February 28, 2025:

TEXT ORDER. I have reviewed the papers filed in response to my Order to Show Cause (Apr. 11, 2024, ECF No. 39). The papers present an issue of fact regarding whether the Court has been presented with false information in connection with this litigation. To try to resolve the issue, I direct the following:

Counsel for Defendants is ordered to obtain information from William Murphy about the message allegedly sent to him by attorney Maureen Bass:

(A) The make and model of the phone on which he allegedly received the message;
(B) The name of his cell phone provider at the time he allegedly received the message;
(C) The telephone number of the cell phone on which he allegedly received the message; and
(D) The approximate date of receipt of the alleged message.

Maureen Bass, Esq., is ordered to provide answers to the following questions:

(A) The make an [sic] model of the phone she used in 2023 and 2024;
(B) The telephone number of the phone she used in 2023 and 2024; and
(C) The name of her cell phone service provider for 2023 and 2024.

Answers to the above questions shall be submitted under oath. Because of the sensitive information being ordered produced, each side may provide it in a sealed response by U.S. Mail to the undersigned at 100 State Street, Rochester, NY 14614. Indicate on the outside of the envelope that the material is Confidential to be opened only by the judge.

The responses are to be mailed to the undersigned not later than Thursday, March 6, 2025, unless the Court grants an extension upon application showing good cause.

SO ORDERED. Hon. Mark W. Pedersen, U.S. Magistrate Judge. Signed by Hon. Mark W. Pedersen on 2/28/25. (Pedersen, Mark) Added document number on 3/3/2025 (RE). (Entered: 02/28/2025)

(ECF No. 62.); and

**WHEREAS**, counsel for Defendants, William Murphy, Esq., failed to provide the information requested by me by March 6, 2025, and has not provided such information to date; accordingly I hereby

**ORDER**, that Mr. Murphy show cause in writing on or before **Friday, April 11, 2025**, as to why he failed to provide me with the information as directed by my text order.

**Failure to comply with this order will result in the Court's recommendation that the action be involuntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED**.

DATED:   March 12, 2025
         Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge