

Rochester
2280 East Avenue, First Floor
Rochester, NY 14610
585.218.9999 | P

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

**Maureen T. Bass, Esq.**
**Partner**
mbass@abramslaw.com

March 12, 2025

<u>**VIA: ECF**</u>

Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York 14614

      Re:    Robert Johnson v. Town of Greece, William D. Reilich,
                 Michelle Marini, Kirk Morris and Keith Suhr
                 <u>23-cv-6441-EAW-MJP</u>

Dear Magistrate Judge Pedersen:

      We request a conference to discuss this Court's order dated March 12, 2025. Specifically, whether the order indicates that this Court would be recommending the dismissal of Plaintiff's lawsuit in the event that the Defendant Greece's board member fails to comply with this Court's order.

                                                         Respectfully Submitted,

                                                          /s/ *Maureen T. Bass*
                                                          Maureen T. Bass

To: VIA CM/ECF
Karl J. Sleight, Esq.
Lippes Mathias, LLP
54 State Street, Suite 1001
Albany, NY 12207-2527