UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ROBERT JOHNSON,

                Plaintiff,

   v.

TOWN OF GREECE,
WILLIAM D. REILICH,
MICHELLE MARINI,
KIRK MORRIS, and
KEITH SUHR,

                Defendants.
_____

NOTICE OF WITHDRAWAL OF ATTORNEY PURSUANT TO LOCAL RULE 83.2(c)(3)

Civil Case No.: 6:23-cv-06441 (EAW/MJP)

      Maureen Bass, declares, under penalties of perjury:

      1.     The Plaintiff, Robert Johnson, is represented by Abrams Fensterman, LLP in the above matter.

      2.     Alexander Fantauzzo and I are counsel of record for Plaintiff Robert Johnson.

      3.     Alexander Fantauzzo is no longer affiliated with Abrams Fensterman, LLP.

      4.     That Alexander Fantauzzo should be removed from the docket as counsel of record for Plaintiff Robert Johnson.

      5.     That I remain affiliated with Abrams Fensterman, LLP and remain counsel of record for Plaintiff Robert Johnson.

      6.     As such, it is respectfully requested that the Clerk remove Alexander Fantauzzo from the docket as counsel of record for Plaintiff Robert Johnson.

Affirmed this 14th day of March, 2025.

                                                    /s/ Maureen T. Bass
                                                    Maureen T. Bass, Esq.